**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**ECO RESOURCES, INC. and
SWWC SERVICES, INC.,**                                                        **PLAINTIFFS,**

**VS.**                                        **CIVIL ACTION NO. 2:08CV232-P-S**

**CITY OF HORN LAKE,**                                              **DEFENDANT.**

**FINAL JUDGMENT**

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) The City of Horn Lake's motion for summary judgment [27] is **GRANTED**;

(2) Eco Resources, Inc. and SWWC Services, Inc.'s cross-motion for summary judgment [33] is **DENIED**; therefore,

(3) All of the plaintiffs' claims are **DISMISSED WITH PREJUDICE**; and

(4) This case is **CLOSED** with all parties to bear their own costs.

**SO ORDERED** this the 11th day of June, A.D., 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE